IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGIA HENSON                                                        PLAINTIFF

v.                          Case No. 4:18-cv-4121

AETNA LIFE INSURANCE COMPANY                      DEFENDANT

## **ORDER**

Before the Court is a Joint Stipulation of Dismissal With Prejudice. ECF No. 12. The stipulation is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the parties stipulate to the voluntary dismissal of this action with prejudice. Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**, this 23rd day of January, 2019.

                                                                          /s/ Susan O. Hickey
                                                                          Susan O. Hickey
                                                                          United States District Judge